**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| IOENGINE, LLC,<br>        *Plaintiff/Counterclaim Defendant,*<br><br>v.<br><br>ROKU, INC.,<br>        *Defendant/Counterclaim Plaintiff.* | C.A. No. 6:21-cv-1296-ADA-DTG<br><br>JURY TRIAL DEMANDED |

## JOINT MOTION FOR CONFIDENTIALITY AND PROTECTIVE ORDER

Plaintiff/Counterclaim Defendant IOENGINE, LLC and Defendant/Counterclaim Plaintiff Roku, Inc. hereby jointly move the Court to enter the attached Confidentiality and Protective Order.

1

Dated: December 1, 2022

Respectfully submitted,

*/s/ Christopher Ricciuti*
Tia D. Fenton (*pro hac vice*)
Christopher Ricciuti (*pro hac vice*)
Alexander B. Englehard (*pro hac vice*)
Elissa L. Sanford (*pro hac vice*)
Alec M. Royka (*pro hac vice*)
OBLON, MCCLELLAND, MAIER &
NEUSTADT, L.L.P.,
1940 Duke Street
Alexandria, VA  22314
(703) 413-3000
(703) 413-2220 (fax)
tfenton@oblon.com
cricciuti@oblon.com
aenglehart@oblon.com
esanford@oblon.com
aroyka@oblon.com

David N. Deaconson
SBOTX:  05673400
PAKIS, GIOTES, PAGE & BURLESON,
P.C.
400 Austin Avenue
Waco, TX  76701
(254) 297-7300
deaconson@pakislaw.com

*Counsel for Defendant and Counterclaim
Plaintiff Roku, Inc.*

*/s/ Gregory T. Chuebon*
Noah M. Leibowitz (*pro hac vice*)
NYSBA: 3034980
Gregory T. Chuebon (*pro hac vice*)
NYSBA: 4589057
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3500
(212) 698-3599 (fax)
noah.leibowitz@dechert.com
greg.chuebon@dechert.com

Jeffrey B. Plies
SBOTX: 24027621
Jacob R. Porter
SBOTX: 24107900
DECHERT LLP
515 Congress Avenue, Suite 1400
Austin, TX 78701
(512) 394-3000
(512) 394-3001 (fax)
jeff.plies@dechert.com
jacob.porter@dechert.com

Luke M. Reilly (*pro hac vice*)
PBA:  324792
DECHERT LLP
Cira Center
2929 Arch Street
Philadelphia, PA  19104
(215) 994-4000
(214) 994-2222 (fax)
luke.reilly@dechert.com

Michael H. Joshi (*pro hac vice*)
SBCA:  302184
Christopher M. Denney (*pro hac vice*)
SBCA:  336378
DECHERT LLP
3000 El Camino Real
Five Palo Alto Square, Suite 650
Palo Alto, CA 94306
(650) 813-4800
(650) 813-4848 (fax)
michael.joshi@dechert.com
christopher.denney@dechert.com

*Counsel for Plaintiff and Counterclaim
Defendant IOENGINE, LLC*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed and served on all counsel of record using the Court's CM/ECF system on December 1, 2022.

*/s/ Gregory T. Chuebon*
Gregory T. Chuebon