**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| IOENGINE, LLC, | ) | |
| | ) | |
| Plaintiff/Counterclaim Defendant, | ) | |
| | ) | |
| v. | ) | C.A. No. 6:21-cv-1296-ADA-DTG |
| | ) | |
| ROKU, INC., | ) | |
| | ) | |
| Defendant/Counterclaim Plaintiff. | ) | Jury Trial Demanded |
| | ) | |

**ORDER REGARDING
IOENGINE, LLC'S MOTION TO COMPEL**

On January 24, 2023, Plaintiff informed the Court of a discovery dispute pending between the Parties on Plaintiff's Motion to Compel.[1]  On January 25, 2023, the Court held a Sealed Discovery Hearing and issued oral rulings on the disputes.

**Interrogatory No. 9 and Interrogatory No. 18:**

The Court **GRANTS** IOENGINE, LLC's ("IOENGINE") motion to compel Roku, Inc. ("Roku") to provide, by no later than Wednesday, February 8, 2023, supplemental responses to IOENGINE's Interrogatory No. 9 and Interrogatory No. 18.  Roku's supplemental response to Interrogatory No. 9 must identify, including at least by providing the name and most recent contact information for, the three people most knowledgeable about Roku's partnership with Walmart, Inc.  Roku's supplemental response to Interrogatory No. 18 must describe in detail Roku's partnership with Walmart Inc. related to the Accused Products, including all projects,

---

[1] Pursuant to OGP 4.2 § IV, the parties' "summaries of the issues, [and] relief requested," appear in Exhibit A attached hereto ("Discovery Dispute Summary").  Unless otherwise defined herein, capitalized terms are as defined in the Discovery Dispute Summary and the Parties' discovery requests and responses.

products, and services offered in conjunction with or connection with Walmart, Inc. and revenue sources Related To Walmart Inc. whether past or present, or future planned or potential projects, products, and services.

**Request for Production No. 7 and Request for Production No. 16:**

The Court **GRANTS IN PART** IOENGINE's motion to compel Roku to produce documents responsive to IOENGINE's Requests for Production Nos. 7 and 16.  By no later than Wednesday, February 8, 2023, Roku must produce documents sufficient to show the design, development, structure, operation, capability, performance, architecture, engineering, features, functionality, and utilization of Roku's advertising services, including but not limited to OneView, as well as all documents concerning, discussing, or including any valuation of those advertising services **but not** source code.

**SIGNED this 8th day of February, 2023.**

**DEREK T. GILLILAND**
**UNITED STATES MAGISTRATE JUDGE**