IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| IOENGINE, LLC,<br><br>Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>ROKU, INC.,<br><br>Defendant/Counterclaim Plaintiff. | Civil Action No. 6:21-cv-1296-ADA |

**NOTICE OF SUBPOENAS**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 45, Defendant Roku, Inc., will serve the subpoenas attached hereto as Exhibits 1-2 on Mark Koffsky and Robert Goethals, which include the parties' Confidentiality and Protective Order.

Dated: February 28, 2023

                */s/ Tia D. Fenton*
                Tia D. Fenton (*pro hac vice*)
                Christopher Ricciuti (*pro hac vice*)
                DUANE MORRIS LLP
                901 New York Avenue, N.W.
                Suite 700-East
                Washington, D.C. 20001
                T: 202-776-7800
                TDFenton@duanemorris.com
                CRicciuti@duanemorris.com

                David N. Deaconson
                State Bar No. 05673400
                PAKIS, GIOTES, PAGE
                  & BURLESON, P.C.
                400 Austin Avenue
                Waco, TX 76701
                (254) 297-7300
                deaconson@pakislaw.com

                **COUNSEL FOR DEFENDANT ROKU, INC.**