IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **IOENGINE, LLC**<br><br>**PLAINTIFF/COUNTERCLAIM DEFENDANT**<br><br>v.<br><br>**ROKU, INC.**<br><br>**DEFENDANT/COUNTERCLAIM PLAINTIFF** | Case No. 6:21-cv-01296-ADA-DTG<br><br>JURY TRIAL DEMANDED |

### JOINT MOTION TO AMEND SCHEDULING ORDER DEADLINES

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME Plaintiff/Counterclaim-Defendant IOENGINE, LLC ("IOENGINE") and Defendant/Counterclaim-Plaintiff ROKU, INC. ("Roku") and through their undersigned counsel, make this motion that the Court amend the current schedule, resetting certain pretrial deadlines to make them more consistent with the Court's default deadlines in light of the currently scheduled actual trial date, and for good cause would show:

1.  The current trial date for this case is October 16, 2023. The parties are not attempting to move or alter that setting. Rather, the parties are seeking to revise certain deadlines to conform to the current trial setting. *See* Standing Order Governing Proceedings 4.3—Patent Cases pg. 16 n. 17 ("If the actual trial date materially differs from the Court's default schedule, the Court will consider reasonable amendments to the case schedule post-Markman that are consistent with the Court's defaults deadlines in light of the actual trial date."). Under the current schedule, the pretrial conference is set approximately 6 weeks in advance of trial, which is about twice as

much time contemplated under the Court's OGP. Therefore, the parties bring this motion to bring the schedule into alignment with that contemplated in the OGP.

2. For the avoidance of doubt, IOENGINE joins in this motion to the extent that 1) granting of this motion would not delay the currently scheduled October 16, 2023, trial date for this action and 2) the granting of this instant motion is without prejudice to IOENGINE's forthcoming opposition to Roku's Motion for Leave to Serve The Reply Expert Reports of Ms. Lauren Kindler and Dr. Samuel Russ, Dkt. 175.

3. The table below shows that the requested amended deadlines will make the scheduling order more consistent with the Court's default deadlines in light of the currently scheduled October, 16, 2023, trial:

| Event | Current Deadline | Parties' Proposed Amended Date |
|---|---|---|
| Deadline for the second of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue to triable limits | June 29, 2023 | July 5, 2023 |
| Joint Report re: Results of the meet and confer | July 6, 2023 | July 11, 2023 |
| Dispositive & *Daubert* Motion Deadline | July 6, 2023 | July 11, 2023 |
| Serve Pretrial Disclosures (jury instructions, exhibit lists, witness lists, discovery and deposition designation) | July 13, 2023 | August 4, 2023 |
| Responses to Dispositive & *Daubert* Motions | July 20, 2023 | August 1, 2023 |
| Replies to Dispositive & *Daubert* Motions | July 27, 2023 | August 11, 2023 |
| Serve objections to pretrial disclosures/rebuttal disclosures | July 27, 2023 | August 16, 2023 |
| Parties to jointly email the law clerks to confirm their pretrial conference and trial dates | August 1, 2023 | August 16, 2023 |
| Serve objections to rebuttal disclosures; file Motions *in limine* | August 3, 2023 | August 23, 2023 |

| | | |
|---|---|---|
| Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibit lists, witness lists, discovery and deposition designations); file oppositions to motions *in limine* Oppositions to MILs | August 10, 2023 | August 30, 2023 |
| File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and email the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com<br><br>Deadline to file replies on motions *in limine* | August 17, 2023 | September 11, 2023 |
| Deadline to meet and confer regarding remaining objections and disputes on motion *in limine* | August 17, 2023 | September 11, 2023 |
| File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine* | TBD | 3 business days before Final Pretrial Conference |
| Final Pretrial Conference | August 31, 2023 | September 20 or 21, 2023, or as otherwise set by the Court |
| Jury Selection/Trial | October 16, 2023 | October 16, 2023 |

4.      The parties request that the Court amend the current schedule in accordance with the table above in order to conform the remaining deadlines to be more consistent with the deadlines that would normally be set in light of the currently scheduled actual trial date of October 16, 2023.

5.      The parties do not seek amendment of any deadlines not listed in the table above, and do not anticipate requesting any further extensions of time.

**PRAYER**

6.      All Parties pray that this Court grant their Joint Motion to Amend Scheduling Order Deadlines and for all other relief to which they may be entitled.

Respectfully submitted,

By: */s/ Gregory T. Chuebon*  
   Noah M. Leibowitz (*Pro Hac Vice*)  
   NYSBA: 3034980  
   Gregory T. Chuebon (*Pro Hac Vice*)  
   NYSBA: 4589057  

   DECHERT, LLP  
   1095 Avenue of the Americas  
   New York, NY 10036  
   (212) 698-3500  
   (212) 698-3599 Fax  
   Noah.leibowitz@dechert.com  
   Greg.chuebon@dechert.com  

   Jeffery B. Plies  
   SBOTX: 24027621  
   DECHERT, LLP  
   515 Congress Avenue, Suite 1400  
   Austin, Texas 78701  
   (512) 394 – 3000  
   (512) 394-3001 Fax  
   Jeff.piles@dechert.com  

   Derek J. Brader (*Pro Hac Vice*)  
   PBA: 312513  
   DECHERT, LLP  
   Cira Center  
   2929 Arch Street  
   Philadelphia, PA 19104  
   (215) 994-4000  
   (214) 994-2222 Fax  
   Derek.brader@dechert.com  

By: */s/ Tia D. Fenton*  
   Tia D. Fenton (*Pro Hac Vice*)  
   Christopher Ricciuti (*Pro Hac Vice*)  
   Alec M. Royka (*Pro Hac Vice*)  
   Elissa Sanford (*Pro Hac Vice*)  
   DUANE MORRIS, LLP  
   901 New York Avenue, N.W.  
   Suite 700-East  
   Washington, D.C. 20001  
   202-776-7800  
   TDFenton@duanemorris.com  
   CRicciuti@duanemorris.com  
   ARoyka@duanemorris.com  

   David N. Deaconson  
   State Bar No. 05673400  
   PAKIS, GIOTES, BURLESON & DEACONSON, P.C.  
   400 Austin Avenue  
   Suite 400  
   Waco, Texas 76701  
   254-297-7300  
   deaconson@pakislaw.com  

**COUNSEL FOR DEFENDANT AND COUNTERCLAIM PLAINTIFF ROKU, INC**

Michael H. Joshi (*Pro Hac Vice*)
SBCA: 302184
DECHERT, LLP
3000 El Camion Real
Five Palo Alto Square, Suite 650
Palo Alto, CA 94306
(650) 813-4800
(650) 813-4848 Fax
Michael.joshi@dechert.com

Melissa R. Smith
Texas State Bar No. 24001351
Email:  melissa@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

J. Travis Underwood
State Bar No. 24102587
GILLAM & SMITH, LLP
102 N. College, Suite 800
Tyler, TX 75702
Tel: (903) 934-8450
Fax: (903) 934-9257
Email: travis@gillamsmithlaw.com

**COUNSEL FOR PLAINTIFF AND COUNTERCLAIM DEFENDANT IOENGINE, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Western District of Texas, Waco Division, via the CM/ECF system, which will send a notice of filing to all counsel of record who have consented to service by electronic means.

/s/ *David N. Deaconson*
**DAVID N. DEACONSON**