IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| IOENGINE, LLC, | C.A. No. 6:21-cv-01296-ADA-DTG |
|---|---|
| Plaintiff/Counterclaim Defendant, | JURY TRIAL DEMANDED |
| v. | |
| ROKU, INC., | |
| Defendant/Counterclaim Plaintiff. | |

**JOINT MOTION REGARDING
CERTAIN CASE DEADLINES**

In light of the Court's rulings during the videographic Markman hearing held on January 16, 2024, the Parties respectfully jointly request that the Court set (1) certain deadlines and limits relating to further Daubert motions (if any), and (2) a hearing date for any such Daubert motions, as follows:

| Event | Deadline/Date |
|---|---|
| Daubert Motions or Motion to Strike (up to 5 pages total) | February 20, 2024 |
| Opposition Briefs (up to 5 pages total) | February 29, 2024 |
| Reply Briefs (up to 2 pages total) | March 7, 2024 |
| Hearing on Daubert Motions | March 14, 2024, or at the Court's convenience |
| Jury Selection/Trial | Week of April 8-12, 2024 |

The Parties further stipulate, and jointly request that the Court order, that Daubert motions shall be limited to expert reports and deposition testimony dated after the Court's September 27, 2023, Order Concerning Final Pretrial Conference Motions.

The Parties certify that the above deadlines and limits are agreed upon and do not change the date of any hearing, trial, or other Court date other than the added Daubert hearing listed above, and that the Parties believe that these deadlines do not extend any deadline of a final submission that affects the Court's ability to hold a scheduled hearing, trial, or Court event.

/s/ *Tia D. Fenton*
Tia D. Fenton (*pro hac vice*)
Christopher Ricciuti (*pro hac vice*)
Elissa L. Sanford (*pro hac vice*)
Alec M. Royka (*pro hac vice*)
**DUANE MORRIS LLP**
901 New York Avenue, N.W.
Suite 700-East
Washington, D.C. 20001
T: 202-776-7800
TDFenton@duanemorris.com
CRicciuti@duanemorris.com
ARoyka@duanemorris.com
ESanford@duanemorris.com

Matthew C. Gaudet (*pro hac vice*)
MCGaudet@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree Street NE, Suite 1700
Atlanta, GA 30309
Telephone: (404) 253-6900

Holly E. Engelmann
Texas Bar No. 24040865
hengelmann@duanemorris.com
**DUANE MORRIS LLP**
900 S. Capital of Texas Hwy., Suite 300
Austin, Texas 78746
Telephone: (512) 277-2300

David N. Deaconson
SBOTX: 05673400
PAKIS, GIOTES, PAGE & BURLESON, P.C.
400 Austin Avenue
Waco, TX 76701
(254) 297-7300
deaconson@pakislaw.com

/s/ *Gregory T. Chuebon*
Noah M. Leibowitz (*pro hac vice*)
NYSBA: 3034980
Gregory T. Chuebon (*pro hac vice*)
NYSBA: 4589057
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3500
(212) 698-3599 (fax)
noah.leibowitz@dechert.com
greg.chuebon@dechert.com

Jeffrey B. Plies
SBOTX: 24027621
DECHERT LLP
515 Congress Avenue, Suite 1400
Austin, TX 78701
(512) 394-3000
(512) 394-3001 (fax)
jeff.plies@dechert.com

Michael A. Fisher (*pro hac vice*)
PAB: 204628
Derek J. Brader (*pro hac vice*)
PAB: 312513
Luke M. Reilly (*pro hac vice*)
PAB: 324792
Judah Bellin (*pro hac vice*)
PAB: 325907
DECHERT LLP
Cira Center
2929 Arch Street
Philadelphia, PA 19104
(215) 994-4000
(214) 994-2222 (fax)
michael.fisher@dechert.com
derek.brader@dechert.com

*Counsel for Defendant and Counterclaim Plaintiff Roku, Inc.*

Dated: January 26, 2024

luke.reilly@dechert.com
judah.bellin@dechert.com

Michael H. Joshi (*pro hac vice*)
SBCA:  302184
Christopher M. Denney (*pro hac vice*)
SBCA:  336378
DECHERT LLP
3000 El Camino Real
Five Palo Alto Square, Suite 650
Palo Alto, CA 94306
(650) 813-4800
(650) 813-4848 (fax)
michael.joshi@dechert.com
christopher.denney@dechert.com

Melissa R. Smith
SBOTX:  24001351
Gillam and Smith, LLP
303 South Washington Avenue
Marshall, TX 75670
(903)934-8450
(903)934-9257 (fax)
melissa@gillamsmithlaw.com

James Travis Underwood
SBOTX:  24102587
Gillam & Smith
102 N. College, Suite 800
Tyler, TX 75702
(903) 934-8450
(903) 934-9257 (fax)
travis@gillamsmithlaw.com

*Counsel for Plaintiff and Counterclaim Defendant IOENGINE, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 26, 2024, the foregoing was electronically served on all counsel of record.

*/s/ Gregory T. Chuebon*
Gregory T. Chuebon