IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **IOENGINE, LLC.,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:21-cv-01296-ADA-DTG |
| | § | |
| **ROKU, INC.,** | § | JURY TRIAL DEMANDED |
| | § | |
| Defendant. | § | |
| | § | |

## DEFENDANT'S SECOND AMENDED TRIAL WITNESS LIST

Defendant Roku, Inc. ("Defendant" or "Roku") submits the following list of persons whom they will call or may call at trial live (in person or via video link) or by deposition. Defendant reserves the right to: (1) call their witnesses in any order, (2) call any witness appearing on Plaintiff's witness list, (3) call undesignated rebuttal and/or impeachment witnesses, whose testimony cannot be reasonably foreseen until presentation of Plaintiff's evidence, (4) call any other witness who has been deposed in this matter by deposition should the Court determine that the witness is unavailable to testify in person or in response to rulings by the Court (including any pending motions), (5) call additional witnesses to provide foundational testimony should any party contest the authenticity or admissibility of any materials selected to be used at trial, and (6) reasonably supplement or amend this Witness List through and including the time of trial to the extent permitted by the Court. If other witnesses to be called at trial become known, their names, addresses, and subject of their testimony will be reported to opposing counsel in writing as soon as they are known; this does not apply to rebuttal or impeachment witnesses. Roku may present deposition testimony, including in the event that any of the individuals listed below as witnesses

that Roku intends to call become unable to attend trial or are otherwise unable to provide live testimony or are not called. Time estimates provided below are preliminary, based on a reasonable estimation at this time. These estimates may change as the issues in the case are further streamlined for trial, will vary depending on the issues presented in IOENGINE's case-in-chief, and do not include time estimates for the cross-examination of IOENGINE's witnesses.

| Witness | May/Will Call | Live/Deposition & Estimated Time |
|---|---|---|
| Scott de Haas | Will Call | Live (0.75 hour) |
| Wim Michiels | Will Call | Live (0.75 hour) |
| Kevin Bright | Will Call | Live (0.50 hour) |
| Dr. Samuel Russ | Will Call | Live (3.5 hours) |
| Lauren Kindler | Will Call | Live (1.5 hours) |
| Steve Sprich | May Call | Deposition (0.50 hour) |
| Prateek Tandon | May Call | Live or Deposition (0.30 hour) |
| Lally Narwal | May Call | Live or Deposition (0.50 hour) |
| Timothy Yoo | May Call | Live or Deposition (0.30 hour) |
| Qingji Zheng | May Call | Deposition (0.10 hour) |
| Scott McNulty | May Call | Live or Deposition (0.20 hour) |
| Bhavin Desai | May Call | Deposition (0.10 hour) |
| Frank Franze | May Call | Deposition (0.10 hour) |

April 8, 2024                                   Respectfully submitted,

                                                */s/ Tia D. Fenton*

                                                David N. Deaconson
                                                State Bar No. 05673400
                                                deaconson@pakislaw.com
                                                **PAKIS, GIOTES, PAGE &
                                                BURLESON, P.C.**
                                                400 Austin Avenue
                                                Waco, Texas 76701
                                                Telephone: (254) 297-7300

                                                Tia D. Fenton (*pro hac vice*)
                                                TDFenton@duanemorris.com
                                                Christopher Ricciuti (*pro hac vice*)
                                                CRicciuti@duanemorris.com
                                                Alec M. Royka (*pro hac vice*)
                                                ARoyka@duanemorris.com
                                                Elissa L. Sanford (*pro hac vice*)
                                                ESanford@duanemorris.com
                                                **DUANE MORRIS LLP**
                                                901 New York Avenue, N.W.
                                                Suite 700 East
                                                Washington, D.C. 20001
                                                Telephone: (202) 776-7800

                                                Matthew C. Gaudet (*pro hac vice*)
                                                MCGaudet@duanemorris.com
                                                **DUANE MORRIS LLP**
                                                1075 Peachtree Street NE, Suite 1700
                                                Atlanta, GA 30309
                                                Telephone: (404) 253-6900

                                                Holly E. Engelmann
                                                State Bar No. 24040865
                                                hengelmann@duanemorris.com
                                                **DUANE MORRIS LLP**
                                                Terrace 7
                                                2801 Via Fortuna, Suite 200
                                                Austin, Texas 78746
                                                Telephone: (512) 277-2300

                                                ***COUNSEL FOR DEFENDANT
                                                ROKU, INC.***

## **CERTIFICATE OF SERVICE**

I certify that this document is being served upon all counsel of record for Plaintiff on April 8, 2024 via email.

>  */s/ Holly Engelmann*
>  Holly Engelmann