UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| IOENGINE, LLC | § § | CIVIL NO: |
| vs. | § § | WA:21-CV-01296-ADA |
| ROKU INC., ROKU INC., IOENGINE, LLC | § § | |

## LIST OF WITNESSES

| **FOR PLAINTIFF** | | **FOR DEFENDANT** | |
|---|---|---|---|
| 1. | Scott McNulty | 1. | Scott de Haas |
| 2. | Tom Rzonca | 2. | Wim Michiels |
| 3. | Scott de Hass via video deposition | 3. | Samuel H Russ |
| 4. | Wim Michiels via video deposition | 4. | Kevin Bright |
| 5. | Cameron Baharloo via video deposition | 5. | Lauren Kindler |
| 6. | Prateek Tandon via video deposition | 6. | Michael Shamos (recalled) |
| 7. | Michael Shamos | 7. | |
| 8. | Kevin Bright via video deposition | 8. | |
| 9. | Louqman Parampath via video deposition | 9. | |
| 10. | Stephen Sprich via video deposition | 10. | |
| 11. | Walter Bradic | 11. | |
| 12. | | 12. | |
| 13. | | 13. | |
| 14. | | 14. | |

15. _____   15. _____