UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

**FILED**
April 19, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: __Jennifer Clark__
DEPUTY

IOENGINE, LLC §
  §
vs. § NO: WA:21-CV-01296-ADA
  §
ROKU INC., ROKU INC., IOENGINE, LLC §

### JURY NOTE #1

The foreperson is: ███████████████████

███████████████
FOREPERSON

RESPONSE:
DATE: April 19, 2024   TIME: 0954

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

4/19/24   954 am