**FILED**
April 19, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Jennifer Clark_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| IOENGINE, LLC | § § § § § § | |
| vs. | | NO: WA:21-CV-01296-ADA |
| ROKU INC., ROKU INC., IOENGINE, LLC | | |

JURY NOTE NUMBER __2__

We have a verdict
_____
_____
_____

▬▬▬▬▬▬▬▬▬▬▬▬
PRESIDING JUROR

_April 19, 2024    1434_
DATE and TIME

* * * * * * * * * *

COURT'S RESPONSE:
_____
_____
_____
_____

_[signature]_
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

_4/19/24    239 pm_
DATE and TIME