United States District Court
Western District
Exhibits Log: 6:21-CV-1296 IOENGINE v ROKU
6:21-CV-1296 IOENGINE v ROKU, 4/12/2024

| EXHIBIT | DESCRIPTION |
|---|---|
| Pla-4 | MDRM Agreement |
| Pla-5 | Portable Devices Rule Memo |
| Pla-6 | IOENGINE R 0003891 |
| Pla-7 | MDRM Letter from Dan Harkabi |
| Pla-8 | PC Magazine July 2001 |
| Pla-22 | Pepsi Presentation |
| Pla-33 | MDRM Invoice for Prototype Work |
| Pla-84 | MDRM Invoice for Prototype Work |
| Pla-87 | FujiFilm Prototype-MDRM Document |
| Pla-134 | NNSA Press Release |
| Pla-217 | IOENGINE R 0015867 |
| Pla-220 | DSU WebAward Article |
| Pla-242 | BPM Vision Awards |
| Pla-253 | Webby Award to Scott McNulty |
| Pla-291 | Bluetooth Access Point Press Release |
| Pla-391 | Roku Express 4k Plus Product Page |
| Pla-396 | Roku Streaming Stick 4k Quick Start |
| Pla-400 | Roku Ultra Product Page |
| Pla-401 | Roku Express 4k Plus Quick Start |
| Pla-405 | Roku Streaming Stick Plus Headphone Ed Quick Start |
| Pla-406 | Roku Streaming Stick Plus Quick Start |
| Pla-432 | Roku FAQ HDCP Error Detected |
| Pla-557 | Getting to Know Your Roku Express Page |
| Pla-565 | How Does Roku Work Page |
| Pla-566 | Roku Add Channels Page |
| Pla-567 | Roku Check Internet Page |
| Pla-568 | Roku Connect to Internet Page |
| Pla-579 | Roku Product Comparison Page |
| Pla-585 | Roku HDCP Error Support Page |
| Pla-589 | Roku HDCP2.2 4K Content Page |
| Pla-604 | ROKU0144116 |
| Pla-606 | ROKU0144133 |
| Pla-607 | ROKU0144136 |
| Pla-618 | Roku Server Blocks Page |
| Pla-630 | Roku UI Philosophy Page |
| Pla-711 | Roku Hardware Spec Page |
| Pla-717 | How Does Roku Work Page |
| Pla-753 | Intro to SSL |
| Pla-780 | Roku LE Streaming Player Announcement |

| EXHIBIT | DESCRIPTION |
|---|---|
| Pla-781 | Roku SE Streaming Player Announcement |
| Pla-784 | Roku Express Plus Page |
| Pla-791 | Roku Premiere Plus Page |
| Pla-792 | Roku Premiere Page |
| Pla-795 | Roku Streaming Players Page |
| Pla-796 | Roku Streaming Stick Page |
| Pla-797 | Roku Streaming Stick Plus Headphone Ed Page |
| Pla-798 | Roku Ultra LT Page |
| Pla-806 | Roku HDCP Error Help Page |
| Pla-833 | HDMI Spec Informational Ver |
| Pla-859 | Roku Streaming Stick 4K Page |
| Pla-894 | Space Sounds Webby Award Page |
| Pla-899 | AXIS 9010 Bluetooth Access Point Manual |
| Pla-945 | Roku Express Page |
| Pla-947 | Roku Express 4K Page |
| Pla-949 | Roku Premiere Page |
| Pla-951 | Roku Streaming Stick Plus Page |
| Pla-952 | Roku Ultra LT Page |
| Pla-954 | Roku Streaming Stick Plus Page |
| Pla-1050 | McNulty Declaration April 14 2010 731 patent |
| Pla-1051 | Physical prototypes |
| Pla-1265 | Roku Streaming Stick |
| Pla-1377 | desktoptool exe IOENGINE R 0000033 |
| Pla-1605 | IOENGINE Patents Color Drawings |
| Pla-1608 | SharpVision Advertisement |
| Pla-1609 | BetaMax Advertisement |
| Def-255 | April 13 2023 McNulty Depo Ex 18 IOENGINE R 0003637 Brief History Focusing on the Events that Led to my USB Tunneling and Protocol Patent V2 |
| Def-287 | April 25 2023 Parampath Depo Ex 01 CV of Louqman Parampath |
| Def-492 | EXCERPT Cover with Pages 349-418 |
| Def-843 | ROKU0181951 Roku 10 K for the year ended December 31 2022 |
| Def-1259 | ROKU0124451 Schematic Benjamin MP PCB 00020003364 |
| Def-1819 | IOENGINE R 0009591 Email from Scott McNulty re Think Tank Revised V2 |
| Joint-1 | US Pat 10447819 |
| Joint-2 | US Pat 10972584 |
| Joint-143 | Roku Q4 and FY19 Shareholder Letter - Kindler Ex 4 |
| Joint-183 | Roku 10-K 2018 - Bright Ex 17 |
| Joint-276 | Roku 10-K 2019 |