**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **IOENGINE, LLC,** | § | |
| *Plaintiff,* | § | |
| | § | |
| | § | **6:21-cv-01296-ADA** |
| -v- | § | |
| | § | |
| **ROKU, INC.,** | § | |
| | § | |
| *Defendant.* | § | |

## <u>ORDER APPOINTING TECHNICAL ADVISOR</u>

For the reasons discussed in the original Order Appointing Technical Advisor (Dkt. 77), the Court finds that the technology in the above-captioned case is exceptionally complex and warrants the appointment of a technical advisor.

The Court hereby vacates the appointment of Dr. Joshua J. Yi and appoints Darryl J. Adams to serve as the Technical Advisor for the Court in this case.  Given his background and qualifications, the Court is satisfied that Mr. Adams' appointment pursuant to the terms of this Order would assist the Court in this case.  Mr. Adams' contact information is as follows:

> Darryl J. Adams
> 401 Congress Ave., Ste. 1650
> Austin Texas 78701
> E-mail: dadams@sgbfirm.com

Mr. Adams will assist the Court with technical issues related to post-trial motions.

The parties are **ORDERED** to notify the Court of any conflicts with Mr. Adams within seven days of this order.

**SIGNED** this 20th day of May, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE