**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **IOENGINE, LLC,** | § | **Case No. 6:21-cv-01296-ADA-DTG** |
| *Plaintiff,* | § | |
| | § | |
| -v- | § | **JURY TRIAL DEMANDED** |
| | § | |
| **ROKU, INC.,** | § | |
| *Defendant.* | § | |

### ORDER TO PAY TECHNICAL ADVISOR

For the reasons explained in the Order Appointing Technical Advisor previously entered in the above-captioned case, the Court found the technology in this case to be exceptionally complex. Accordingly, the Court appointed Darryl J. Adams to serve as technical advisor. The Court has reviewed Mr. Adams' invoice for services through today, which include evaluating the parties' post-trial motions. The Court finds the requested amount to be reasonable and necessary. As such, the Court **ORDERS** payment to be made within 14 days as follows:

> Plaintiff:        $14,625.00
> Defendants:    $14,625.00.

Mr. Adams' contact information has changed to the following:

> Darryl J. Adams
> 401 Congress Ave., Ste. 1650
> Austin, TX 78701
> E-mail: adamsiplawyers@gmail.com
> Phone: 512-296-3198

**SIGNED** this 28th day of July, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE